Wallace Williamson PINSON v. PIKEVILLE NATIONAL BANK et al.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Jean L. Auxier, of Pikeville, Ky., for appellant.

J. J. Moore, O. T. Hinton, and W. W. Barrett, all of Pikeville, Ky., for appellees.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that an appeal was allowed in this case on October 7,

**1012**

1936, and that no further steps have been taken since that date to prosecute appeal; it is ordered that the appeal be dismissed.